**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 03-7284

---

DAVID L. CARTER,

Petitioner - Appellant,

versus

ORINDA EVANS; WILLIAM HARPER; KATHLEEN SWAYER;
ARTHUR BEELER; THE STATE OF NORTH CAROLINA,

Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-02-492-5-HC-BO)

---

Submitted: February 12, 2004          Decided:  February 20, 2004

---

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David L. Carter, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David L. Carter appeals district court orders denying his motion filed under 28 U.S.C. § 2241 (2000) and denying his motion for a certificate of appealability. We have reviewed the record and the district court orders and affirm on the reasoning of the district court. See Carter v. Evans, No. CA-02-492-5-HC-BO (E.D.N.C. July 22, 2002 & filed Aug. 1, 2003; entered Aug. 5, 2003). We grant Carter's motion to proceed on appeal in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED